# United States Court of Appeals

## For the First Circuit

No. 10-1894

UNITED STATES OF AMERICA,

Appellee,

v.

LEONARD JONES,
a/k/a Tony, Shy, Shyheem, Anthony James,

Defendant, Appellant.

**ERRATA**

The opinion of this Court, issued on March 22, 2012, should be amended as follows.

On page 11, line 6 of 1st full paragraph, replace "requested" with "raised".